PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

FILED
JUL 27 2020
CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

STEVEN AUDIS EMMONS #123798
Plaintiff's Name and ID Number

TAYLOR COUNTY, ABILENE, TEXAS
Place of Confinement

CASE NO. **MO:20-CV-00185-DC**
(Clerk will assign the number)

v. GEORGE J. GILLES 142ND DISTRICT
500 N. LORAINE STREET, MID, TEX
Defendant's Name and Address

MIDLAND COUNTY SHERIFF DEPT.
400 SOUTH MAIN, MID, TEX
Defendant's Name and Address

MIDLAND COUNTY DISTRICT ATTORNEYS * LAURA NORDOLF
500 N. LORAINE ST. MID, TEX
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00.**

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓NO
    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
        1. Approximate date of filing lawsuit:_____
        2. Parties to previous lawsuit:
        Plaintiff(s)_____
        Defendant(s)_____
        3. Court: (If federal, name the district; if state, name the county.)_____
        4. Cause number:_____
        5. Name of judge to whom case was assigned: _____
        6. Disposition: (Was the case dismissed, appealed, still pending?) _____
        7. Approximate date of disposition:_____

II. PLACE OF PRESENT CONFINEMENT: TAYLOR COUNTY, ABILENE, TEXAS

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?   ✓ YES   ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.
MIDLAND COUNTY DETENTION * JM 503 * WILL NOT ALLOW COPIES !

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: STEVEN AUDIS EMMONS #123798
910 SOUTH 27th, ABILENE, TEXAS. 79602

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: GEORGE J. GILLES * 142ND DISTRICT JUDGE, MIDLAND COUNTY, MIDLAND TEXAS

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
OBSTRUCTION OF JUSTICE, ABUSE OF DISCRETION, ILLEGAL DETENTION

* Defendant #2: MIDLAND COUNTY, MIDLAND, TEXAS

[margin note: COMBINE THE TWO PLEASE (SE)]

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
ILLEGAL DETENTION, CRUEL & UNUSUAL PUNISHMENT, OBSTRUCTION OF JUSTICE

* Defendant #3: MIDLAND COUNTY SHERIFFS DEPT. * REST IN PEACE GARY PAINTER, SHERIFF DEPUTY GILLETTE * 400 SOUTH MAIN, MID, TEX

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
ILLEGAL DETENTION, OBSTRUCTION OF JUSTICE, FALSIFYING GOV. DOCUMENT

Defendant #4: MIDLAND COUNTY DISTRICT ATTORNEYS OFFICE * LAURA NORDOLFF * 500 N LORAINE ST. MIDLAND TEX.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
OBSTRUCTION OF JUSTICE, CRUEL & UNUSUAL PUNISHMENT

Defendant #5: GRIEVANCE OFFICER * LT. JM 503 & CAPT. GRAHM * 400 SOUTH MAIN, MIDLAND TEX

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
OBSTRUCTION OF JUSTICE, REFUSING HARDCOPY GRIEVANCES TO FOLLOW COURT ORDER PROCEDURES OF INSTITUTION REMEDYS

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. GEORGE J. GILLES * 142 DISTRICT JUDGE * FEB 1993 TO 1996 ABUSE OF POWER, CONFLICT OF INTEREST, * SEP 2018 TO DEC 2019 OBSTRUCTION OF JUSTICE & ABUSE OF POWER BY NOT ACKNOWLEDGING "WRIT OF HABEUS CORPUS" WHEN I EXERCISING MY CONCERN OF JUNE 19th 2018 NOT BEING MAGISTRATED FOR MIDLAND COUNTY WARRANTS LEAVING THEM UNEXECUTED. REFUSING TO RULE ON "MOTION TO SUPPRESS" HEARING FROM NOV 2018 TO DEC 2019. REFUSED ANY KIND OF BOND REDUCTION AFTER BEING UNDER $100,000.00 FOR OVER YEAR & NO TRIAL DATE SET FROM JULY 5th 2017 TO DEC 13th 2019, ALL THIS AFTER BEING THE JUDGE & TEXAS DEPT. CRIMINAL JUSTICE PAROLE BOARD MEMBER THAT DENIED PAROLE IN MID. 1990'(S) 3 TIMES VIOLATING JUDICIAL CANONS

VI. RELIEF:
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. $10,000,000.00 ALL FINANCIAL COMPENSATION TO THE FULLEST AMOUNT OF LAW REQUIRES, FOR ALL VIOLATIONS TOWARDS ME!

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
NONE

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
385608, 657124, 1718143, UNCERTAIN OF LAST 1

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES √ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____
2. Case number:_____
3. Approximate date sanctions were imposed:_____
4. Have the sanctions been lifted or otherwise satisfied? ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?  ____YES  ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date warning was issued:_____

Executed on: JULY 21, 20
             DATE

_STEVEN AUDIS EMMONS_
_STEVEN AUDIS EMMONS_
(Signature of Plaintiff)


## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___21st___ day of ___JULY___, 20 _20_.
             (Day)              (month)        (year)

_STEVEN AUDIS EMMONS_
_STEVEN AUDIS EMMONS_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

#1) GEORGE J. GILLES * 142ND DISTRICT COURT OF MIDLAND COUNTY, TEXAS

* CONFLICT OF INTEREST AS HE OBSTRUCTED JUSTICE. FEB 1993 SENTENCED I, STEVEN A. EMMONS TO 8 YEARS T.D.C. AFTER DISTRICT ATTORNEY * ON RECORD * ADMITTED FAULTY INDICTMENT, STATING, "IF AMOUNT OF MONEY WAS ON INDICTMENT, IT WOULD HAVE TO REMAIN A MISDEMENOR". THEN BEING GAINFULLY EMPLOYEED BY TEXAS DEPARTMENT OF CRIMINAL JUSTICE DEPT. PAROLE DIVISION & DENYING MY PAROLE 3 TIMES, WHICH THE 4th JUDICIAL CANON, PARAGRAPH "H" MAKES CLEAR. ALL OF WHICH WE HAVE COMPLETE COPYS.

* OBSTRUCTION OF JUSTICE --- ON MULTIPLE OCCASIONS I FILED HABEUS CORPUS WRITS IN PROTEST OF MY DENTENTION IN PRO-SE FORM AS OF JUNE 18th 2018 I WAS ARRESTED BY OFFICER ESQUIVEL FOR HOWARD COUNTY WARRANT, YET MIDLAND NEVER MAGISTRATED ME TO OVER RIDE THE HOWARD COUNTY EXTRIDITION, LEAVING THE MIDLAND WARRANTS UNEXECUTED. GILLES REFUSED TO HONOR TIME CONSTRAINTS OF HABEUS CORPUS PROTEST, STATING I COULD NOT APPROACH HIM IN PRO-SE. THEN CONTINUED THE OBSTRUCTION OF JUSTICE * ON RECORD * OCTOBER 2019, IN

①

#1) GEORGE J. GILLES * 142ND DISTRICT COURT OF MIDLAND COUNTY, TEXAS

ALLOWING DISTRICT ATTORNEYS * LAURA NORDOLF TO ADMIT AFTER 27 MONTHS BOOKING POLICE REPORT / INCIDENT REPORT WAS MISSING, FROM THE JULY 5th 2017 ALLEDGED INCIDENT. AFTER SHE JUST OFFERED ME 5 YEARS T.D.C. FOR ALLEDGED OFFENSE,

* ABUSE OF DISCRETION··· NOVEMBER 2018 AFTER MULTIPLE PROTEST, I, STEVEN AUDIS EMMONS WENT BEFORE GEORGE J. GILLES FOR A SUPPRESION HEARING, AS OF NOVEMBER/DECEMBER 2019 GEORGE J. GILLES HAD NOT * LEGALLY * THRU SIGNATURED DOCUMENTATION * PUBLIC RECORD * RULED ON THE SUPPRESION HEARING. AS APART OF SAME ABUSE OF DISCRETION, JUNE 2019 GEORGE J. GILLES DENIED A BOND REDUCTION AFTER MORE THAN (1) YEAR OF BEING UNDER $100,000 BOND FOR TAMPERING CHARGE & NOT SETTING TRIAL DATE OR RESETTING TRIAL DATE FROM OCTOBER 2018. IN FACT I STEVEN AUDIS EMMONS DID NOT HAVE (1) ONE SET COURT APPEARANCE FROM JANUARY 8th 2019 TIL APPROX JUNE 15th 2019, DESPITE PENDING SUPPRESION HEARING.

(2)

#2) MIDLAND COUNTY SHERIFFS DEPARTMENT DENTENTION CENTER * REST IN PEACE * GARY PAINTER ~ RESIDING DEPUTY GILLETTE.

* FALSE / ILLEGAL DETENTION... JUNE 18th 2018, I STEVEN AUDIS EMMONS WAS ARRESTED BY OFFICER ESQUIVEL FOR OUTSTANDING HOWARD COUNTY WARRANT. ON JUNE 19th 2018 I WAS TAKEN BEFORE MAGISTRATE FOR SAME HOWARD COUNTY WARRANT, ACTIVATING (11) ELEVAN DAY EXTRIDITION TIME CONSTRAINTS, YET MIDLAND COUNTY SHERIFFS DEPT. REFUSED TO HONOR. I WAS NEVER MAGISTRATED JUNE 2018 FOR MIDLAND WARRANTS THUS LEAVING WARRANTS UNEXECUTED. LT. JM 503 AS GRIEVANCE OFFICER STATED IN HER RESPONSE "MIDLAND COUNTY DID NOT HAVE TO MAGISTRATE JUNE 2018 ARREST" & TAKEN INTO CUSTODY TO OVER-RIDE HOWARD COUNTY OFFICER ESQUIVELS ACTION.

* FALSIFYING GOVERNMENT DOCUMENT... JULY 5th 2017 BOOKING OFFICER _____ FALSLY ACCUSED I STEVEN AUDIS EMMONS OF "POSSESSION IN CORRECTION FACILITY" STATING HE, BOOKING OFFICER _____ STRIPPED OUT I STEVEN AUDIS EMMONS & FOUND NARCOTICS. JULY 5th 2017 BOOKING OFFICER _____ DID NOT STRIP ME OUT ... DID NOT FIND NARCOTICS !

#2) MIDLAND CO. SHERIFF DEPT. DETENTION CENTER * REST IN PEACE * GARY PAINTER RESIDING, DEPUTY GILLETTE

* FALSE/ILLEGAL DETENTION.... JULY 2019 HONORABLE JUDGE OF HOWARD COUNTIES 118th DISTRICT COURT FILED A "WRIT OF HABEUS CORPUS" FOR I, STEVEN AUDIS EMMONS APPEARANCE, TO BE BROUGHT BEFORE HIM PER FEDERAL CONSTITUTION GUIDLINES & MIDLAND COUNTY SHERIFFS DEPT. & DETENTION CENTER REFUSED TO HONOR THOSE TIME CONSTRAINTS OR REQUEST.

* OBSTRUCTION OF JUSTICE... OCTOBER 2019 (APPROX.) I FILED #2241 & WAS GIVEN INSTRUCTION BY HONORABLE JUDGE COUNTZ TO FOLLOW THRU WITH FILING. 1ST COMPLAINT WAS XEROX COPIED & THE ORIGINAL STOLEN, THAT HONORABLE JUDGE COUNTZ MADE RULING NOT IN MY FAVOR BECAUSE OF XEROX COPIED.... INMATE TRUST FUND FORM REFUSED, CAUSING ME TO BE OUT OF COMPLIANCE OF ORDER FOR EXTENDED PERIOD OF TIME. 2ND PIECE TO ATTEMPT TO GET IN COMPLIANCE WAS ALSO STOLEN & DID NOT ARRIVE TO HONORABLE JUDGE COUNTZ COURTROOM. I FILED MULTIPLE GRIEVANCES, ONLY TO BE LIED TO & DENIED ACCESS TO COURTS. OFFICERS STOTTS TO POSSESSION OF 1ST COMPLAINT THAT ORIGINAL NEVER MADE IT. OFFICER LANG TOOK 2ND THAT WAS NEVER

<mark>#2)</mark> MIDLAND COUNTY SHERIFF DEPT/ DETENTION CENTER * REST IN PEACE * GARY PAINTER / RESIDING DEPUTY GILLETTE EVEN MAILED CAUSING ME TO BE OUT OF COMPLIANCE WITH HONORABLE JUDGE COUNTS REQUIREMENTS TO PROCEED, DENYING ME ACCESS TO COURTS. * CAMERAS FROM DETENTION CENTER WILL SHOW BOTH OFFICERS TAKING POSSESSION OF OUT GOING LEGAL MAIL - * LET IT ALSO BE DULY NOTED I, STEVEN A. EMMONS DO NOT BELIEVE OFFICER STOTTS NOR OFFICER LANG DID ANYTHING ILLEGAL!

#3) MIDLAND COUNTY DISTRICT ATTORNEY'S OFFICE * LAURA NORDOLF & ASSISTANTS ASSIGNED TO CR#51728

* OBSTRUCTION OF JUSTICE --- LAURA NORDOLF ENHANCED, INDICTED, BROUGHT BEFORE A GRANJURY A FALSE ALLEGATION OF "POSSESSION IN CORRECTION FACILITY") WITH NO POLICE REPORT - PROBBEBLE CAUSE AFFIDAVIT TO SOLIDIFY OR PROVE BEYOND REASONABLE DOUBT ANY ALLEGATION FALSLY BROUGHT AGAINST ME BY BOOKING OFFICER_____ & SIGNED OFF BY BOOKING SUPERVISOR, TAKING INTO CUSTODY EVIDENCE. OCTOBER 2019 LAURA NORDOLF'S OFFICE ADMITTED ON RECORD * OPEN COURT * THEY DID NOT KNOW WHAT HAPPEN TO POLICE / INCIDENT REPORT OF "POSSESSION IN CORRECTIONAL FACILITY" AFTER ON RECORD * OPEN COURT * IN FRONT OF 142ND DISTRICT JUDGE GEORGE J. GILLESS, OFFERING I, STEVEN AUDIS EMMONS 5 YEARS T.D.C. FOR THE FALSE, FABRICATED CHARGE THAT NEVER HAPPEN.

* PROSECUTORIAL MISCONDUCT EVEN BRINGING A FALSIFIED DOCUMENT BY BOOKING OFFICER_____ TO GRANJURY FOR INDICTMENT, THEN STATING THRU ASSISTANT IN OPEN COURT / ON RECORD IN FRONT OF JUDGE GEORGE J. GILLES

#3) MIDLAND COUNTY DISTRICT ATTORNEY'S OFFICE... LAURA NORDOLF & ASSISTANTS ASSIGNED TO CR51128 STATING SHE DID NOT KNOW WHAT HAPPEN TO THE POLICE REPORT / INCIDENT REPORT, AFTER THEY JUST OFFER'D ME 5 YEARS T.D.C. FOR FALSIFIED CHARGE. MY QUESTION TO THE COURTS, "HOW DID I GET INDICTED FOR SAID CHARGE IF THERE IS NO REPORT... OR ONCE IT WAS CONFRONTED BY ME THRU HABEUS CORPUS WRITS THAT WERE REFUSED OR LEFT UNANSWERED, DID THE REPORT GET STOLEN & BOOKING OFFICER RE-ASSIGNED"?

#4) GRIEVANCE OFFICER * LT. JM 503 & CAPT. GRAHAM

* OBSTRUCTION OF JUSTICE... AS APART OF THIS WHOLE ORDEAL I, STEVEN AUDIS EMMONS FILED MULTIPLE GRIEVANCES CONCERNING MAGISTRATION, CONCERNING ALL MAIL INCIDENTS * STOLEN OR OTHERWISE * LT. JM 503 REFUSED TO ALLOW ME ANY COPIES OF MY GRIEVANCE.. EVEN AFTER I TOLD HER I NEEDED THESE TO FULFILL COURTS REQUEST OF INSTITUTIONAL REMEDYS, KNOWING SHE'S GOING AGAINST THE FEDERAL GUIDLINES DOING SO.

#5) BOOKING OFFICER          MIDLAND COUNTY SHERIFFS DEPT & DETENTION CENTER

* FALSIFYING POLICE REPORT JULY 5th 17 IN INCOMING BOOKING
* OBSTRUCTION OF JUSTICE, PUTTING REPORT IN FRONT OF BOOKING RANKING OFFICER TO GET APPROVED & SIGNED OFF ON

JULY 21ST 20

\* CLERK OF U.S. DISTRICT COURT \*

Please forgive me for any neglegance or lack of material due to fulfill my obligations to proceed. I've grievanced the grievance procedure against Midland County Detention Center & I was antagonized by JM 503 & Capt. Grahm, as well as Sgt. Horton on multiple occassions, refused due process, etc... continually.

I've got all major documentation of my allegations in the possession of Audie Reese my lawyer for Midland letigation. Yet everything is public record as well.

Respectfully,
Steven A. Emmons #123798
910 S. 27th
Abilene, Tex

STEVEN SANCHEZ #18
910 SOUTH 27th
ABILENE, TEXAS 79602



**RECEIVED**
JUL 2 7 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY

CLERK, US DISTRICT COURT *
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
200 E. WALL ST. ROOM 222
MIDLAND, TEXAS 79701.

* LEGAL MAIL *                                    * LEGAL MAIL *